HENRY W. SOMERS, Respondent, v. GEORGE D. HARRIS, Appellant.—

*Order modified* so that it may provide that the value of the services of counsel for the receiver is the sum of $6,000 by striking therefrom the provision for any further payment, and surcharging the account of the receiver for any overpayments made, and as modified affirmed. All concur.